VERA D. WEBSTER ET AL. V. R. M. CARTER, DISTRICT JUDGE.

No. 5662. Decided November 26, 1930.
(32 S. W., 2d Series, 1113.)

*W. H. Crunk* and *Hamilton & Hamilton,* for relators.

*C. B. Randell* and *Hubert Bookout,* for respondents.

MR. PRESIDING JUDGE HARVEY delivered the opinion of the Commission of Appeals, Section A.

At the instance of the relators herein, we recommend that the application for mandamus be dismissed. We further recommend that all costs be adjudged against the relator, Vera D. Webster.

Relators' motion to dismiss the petition for mandamus granted, and all costs adjudged against the relator Vera D. Webster.

*C. M. Cureton,* Chief Justice.